IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**CHESS MATNEY**                                                                                              **PLAINTIFF**

**V.**                               **CASE NO. 3:20-CV-3053**

**ANDREW M. SAUL, Commissioner**
**Social Security Administration**                                                   **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 21) of United States Magistrate Judge Barry A. Bryant dated July 12, 2021, regarding the Motion for Attorney's Fees (Doc. 17) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 17) is **GRANTED**, and the Court hereby orders that Plaintiff is entitled to compensation under the EAJA for 8.0 hours of attorney time at an hourly rate of $203.00 for work performed in 2020, 22.70 hours of attorney time at an hourly rate of $206.00 for work performed in 2021, and costs of $400.00. The total award is therefore **$6,700.00**. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

**IT IS SO ORDERED** on this 29th day of July, 2021.

                                                        /s/ Timothy L. Brooks
                                                        TIMOTHY L. BROOKS
                                                        UNITED STATES DISTRICT JUDGE